Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2007 NOV 16  AM 8: 35

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

NICENA MOLINA

vs

JOHN E. POTTER, POSTMASTER
GENERAL OF THE UNITED
STATES POSTAL SERVICE

SUMMONS IN A CIVIL ACTION

Case No. '07 CV  2188   J CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Dennis M. Grady, Esq.
GRADY AND ASSOCIATES
3517 Camino Del Rio South, Suite 400
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ____60____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | NOV 1 6 2007 |
|---|---|
| CLERK | DATE |

By ____L. OBERTO____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)