```
DENNIS M. GRADY, Bar No. 118461
SCOTT L. ZIELINSKI, Bar No. 218742
GRADY AND ASSOCIATES
3517 Camino Del Rio South, Suite 400
San Diego, California  92108
Telephone:  (619) 528-2530
```

Former Attorneys for Plaintiff, NICENA MOLINA

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICENA MOLINA, | ) CASE NO. 07 CV 2188 J CAB |
| Plaintiff, | ) |
| | ) **NOTICE OF LIEN** |
| v. | ) |
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE | ) |
| Defendant. | ) |

   TO ALL PARTIES AND THEIR COUNSEL OF RECORD, Please take notice that Dennis M. Grady, Esq., dba Grady and Associates ("lienholder") has a valid, expressly authorized, written lien for legal fees and costs incurred to lienholder by NICENA MOLINA ("MOLINA") in the matter of her legal claims against the above entitled Defendant.

   This lien meets all the requirements of <u>Fletcher v. Davis</u>, is valid and has been expressly authorized in writing by MOLINA.

///

        This lien is to have first priority and be directly and immediately paid by Defendant to lienholder from any monetary amount to which MOLINA becomes entitled on account of her claims whether by judgment, award, decision, settlement or otherwise.

        This lien will continue to exist unless and until a written satisfaction of the lien signed by Dennis M. Grady, Esq. is served on the parties and/or their counsel (and filed, if applicable).  Damages will be sought and obtained from any party (and/or the party's counsel) who/which ignores this lien.

```
                                        GRADY AND ASSOCIATES

                                        s/Dennis M. Grady
DATED: January 29, 2008       By:       _____
                                        Dennis M. Grady, Esq.
                                        Attorneys for Plaintiff
                                        NICENA MOLINA
                                        E-mail: gradyfedonly@msn.com
```