*Nicena Molina v. John E. Potter, et al.*
Case No. 07 CV 2188 J CAB
Our File No. 4249

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I, Peter C. MacIlvaine, am employed in the County of San Diego, State of California, with the law firm of Grady and Associates, whose address is 3517 Camino Del Rio South, Suite 400, San Diego, California 92108. I am over the age of eighteen and am not a party to the within action.

On **January 31, 2008,** I served the following document(s) described as:

**1.   NOTICE OF LIEN**

By placing the true copies thereof enclosed in sealed envelope(s) addressed as follows:

**April M. Molinelli, Esq.**
**United States Postal Service (USPS)**
**Law Department, Pacific Area Office**
**Embarcadero Postal Center**
**390 Main Street, Suite 740**
**San Francisco, CA 94105-5001**

**Deborah Elaine Brady-Davis, Esq.**
**Attorney at Law**
**3322 Sweetwater Springs Boulevard, Suite 208**
**Spring Valley, CA 91977**

X     (BY REGULAR U.S. MAIL). By placing such envelope with postage thereon fully prepaid in the United States Mail at San Diego, CA.

X     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 31, 2008,** at San Diego, California.

                                       Peter C. MacIlvaine, Paralegal