```
 1  DENNIS M. GRADY, ESQ., Bar No. 118461
    SCOTT L. ZIELINSKI, ESQ., Bar No. 218742
 2  GRADY AND ASSOCIATES
    3517 Camino Del Rio South, Suite 400
 3  San Diego, California  92108
    Telephone:  (619) 528-2530
 4

 5  Attorneys for PLAINTIFF, NICENA MOLINA

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  NICENA MOLINA,                ) Case No. 07CV 2188 J CAB
                                  )
12              Plaintiff,        ) EX PARTE APPLICATION TO
                                  ) ENLARGE TIME TO SERVE
13  v.                            ) COMPLAINT, PROPOSED ORDER
                                  )
14  JOHN E. POTTER, POSTMASTER    ) FRCP 4, 6(b)
    GENERAL OF THE UNITED STATES  )
15  POSTAL SERVICE                )
                                  )
16              Defendant.        )
                                  )
17                                )
                                  )
18                                )
                                  )
19  _____)

20                       I. Introduction.

21      This is Plaintiff Nicena Molina's ex parte application to

22  enlarge the time to serve the Complaint.

23                          II. Facts.

24      The complaint was filed on November 15, 2007 and the 120

25  days to serve the complaint expires on March 14, 2008.

26  Plaintiff informed this law firm that she wanted a Federal

27  complaint filed in her matter and this law firm complied.

28  However, shortly after this lawsuit was filed, Plaintiff
```

                                                    Case No. 07CV2188

1  informed this law firm that she had obtained alternate counsel,
2  Deborah Elaine Brady-Davis, whom has also filed a lawsuit on
3  Plaintiff's behalf based on the same set of facts.  Plaintiff
4  wishes Ms. Brady-Davis to represent her in this matter.  This
5  law firm, Plaintiff, and Plaintiff's new counsel signed a
6  substitution of attorney.
7       This law firm has had several conversations, left myriad
8  messages and had other communications with Ms. Brady-Davis to
9  allow her to take over as lead counsel.  After these multiple
10 communications, Ms. Brady-Davis informed this law firm that she
11 was going to file a First Amended complaint, provide notice to
12 the court pursuant to Local Rule 40.1, and send a copy of both
13 to this law firm.  In February 2008, Ms. Davis reiterated her
14 intentions as to filing these documents.  As to this law firm's
15 knowledge, neither document has been filed to date.  Attorney
16 Scott L. Zielinski of this law firm has left multiple messages
17 to ascertain the status of these documents, but to no avail.
18      This law firm's expectation is that the First Amended
19 Complaint should be filed shortly, if it has not already.
20 However, absent documentation that these two documents have
21 been filed, this law firm will move forward and it is expected
22 that service of the Complaint can be accomplished by April 14,
23 2008.
24                     III. Legal Standards.
25      The court in its discretion for cause shown can enlarge
26 the time to serve a complaint [120 days under FRCP 4(m)]
27 without motion if the request is made before the expiration of
28 a time period originally prescribed. FRCP 6(b).

Case No. 07CV2188

```
 1                          IV. Conclusion.
 2      Good cause being shown, Plaintiff respectfully requests
 3  that the time to serve the complaint be enlarged thirty-one
 4  days to April 14, 2008.
 5
 6                                  Grady and Associates,
 7                                  s/Dennis M. Grady,Esq.
 8  DATED: March 11, 2008     By:   _____
                                    Dennis M. Grady, Esq.
 9                                  Attorney for PLAINTIFF,
                                    NICENA MOLINA
10
                                    E-mail: gradyfedonly@msn.com
11
12
...
28
                                            Case No. 07CV2188
```