# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED 08 MAR 27 AM 8:24

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Jones__
FROM: __K.Hammerly,__ Deputy Clerk   RECEIVED DATE: __3/20/2008__
CASE NO.: __07cv2188__   DOCUMENT FILED BY: __Plaintiff Atty Grady__
CASE TITLE: __Molina v. Potter__
DOCUMENT ENTITLED: __Substitution of Attorney__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: Atty Grady - no original signature |

Date forwarded: __3/21/2008__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __NAPOLEON A. JONES__

Dated: __3/26/2008__   By: __[signature]__
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

```
1  DENNIS M. GRADY, Bar No. 118461
   SCOTT L. ZIELINSKI, Bar. No. 218742
2  GRADY AND ASSOCIATES
   3517 Camino Del Rio South, Suite 400
3  San Diego, California  92108
   Telephone:  (619) 528-2530
4
5
   Attorneys for Plaintiff, NICENA MOLINA
6
```

**REJECTED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICENA MOLINA, | Case No.: 07 CV 2188 (J) CAB |
| Plaintiff, | SUBSTITUTION OF REPRESENTATIVE |
| v. | JURY TRIAL DEMANDED |
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE | |
| Defendant. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Nicena Molina, who was represented by Dennis M. Grady, Esq. as her attorney of record, hereby substitutes Deborah Elaine Brady-Davis, Esq. as her attorney of record.

DATED: January 25, 2008    By: /s/ Dennis M. Grady

Dennis M. Grady, Esq.
Former Attorney for Plaintiff,
NICENA MOLINA

///
///
///

---

1

SUBSTITUTION OF REPRESENTATIVE        07 CV 2188 J CAB