UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICENA MOLINA, | ) Case No. 07cv2188 J (CAB) |
| Plaintiff, | ) **ORDER GRANTING MOTION TO** |
| v. | ) **ENLARGE TIME TO SERVE** |
| | ) **COMPLAINT** |
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE | ) |
| Defendant. | ) |

Good cause having been shown, Plaintiff's time to serve the First Amended Complaint shall be enlarged thirty-one days to April 14, 2008.

**IT IS SO ORDERED.**

DATED: April 11, 2008

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

07cv2188 J (CAB)